IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOMINICK COLEMAN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19-cv-00251 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| UNITED STATES OF AMERICA CORP., *et al.*, | ) | United States District Judge |
|     Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff Dominick Coleman, a former inmate proceeding *pro se,* filed this civil rights action pursuant to *Bivens v. Six Unknown Names Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On April 12, 2019, the court became aware that Coleman had been released from incarceration. *See* Dkt. No. 7. On the same date, the court ordered Coleman to pay the filing fee in full or otherwise respond to the court's order within ten days. *See* Dkt. No. 8. The court warned Coleman that failure to respond to the court's order would result in immediate dismissal of the action without prejudice. *Id.* Coleman did not respond. Therefore, this action will be dismissed without prejudice.

An appropriate order will be entered.

Entered: May 28, 2019.

                                               /s/ *Elizabeth K. Dillon*
                                               Elizabeth K. Dillon
                                               United States District Judge